**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. James Gregory Davis

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0410-LAB |
| Plaintiff, | ) ) | DATE: MAY 19, 2008 |
| v. | ) ) | TIME: 9:30 A.M. |
| JAMES GREGORY DAVIS, | ) ) | MOTION FOR AN ORDER RELEASING CRIMINAL HISTORY DOCUMENTS |
| Defendant. | ) ) ) | |
| _____ | ) | |

TO: CAROL C. LAM, UNITED STATES ATTORNEY;
    DAVID KATZ, ASSISTANT UNITED STATES ATTORNEY; AND
    MARC W. RYAN, UNITED STATES PROBATION OFFICER:

   Mr. Davis respectfully requests an order granting the production of all documents relied upon by United States Probation in determining Mr. Davis' alleged prior criminal history, law enforcement contacts, and pending charges. The requested documents are necessary in determining whether the criminal history score attributed to Mr. Davis by the probation officer, as well as, the information in the pre-sentence report is correct.

                                    Respectfully submitted,


DATED: April 25, 2008              **/s/ Kris J. Kraus**
                                    **KRIS J. KRAUS**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Davis

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

David Katz
United States Attorneys Office
880 Front Street
Room 6293
San Diego, CA 92101-8893
(619)557-7174
Email:david.katz@usdoj.gov

A courtesy copy has been served this day via electronic mail to:

Marc Ryan
UNITED STATES PROBATION OFFICER
Marc Ryan/CASP/09/USCOURTS

Dated: April 25, 2008          /s/ Kris J. Kraus
                               KRIS J. KRAUS
                               Federal Defenders of San Diego, Inc
                               225 Broadway, Suite 900
                               San Diego, CA 92101-5030
                               (619) 234-8467 (tel)
                               (619) 687-2666 (fax)
                               e-mail: kris_kraus@fd.org