UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0410-LAB |
| Plaintiff, | ) | |
| v. | ) | ORDER AUTHORIZING THE RELEASE OF DOCUMENTS |
| JAMES GREGORY DAVIS, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon application of the defendant, Mr. Davis, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the United States Probation hereby produce a copy of all **non-confidential** documents relied upon in determining Mr. Davis' prior criminal history, law enforcement contacts, and pending charges.

**SO ORDERED.**

DATED: May 4, 2008

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge